```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13685
   GARY COPE
   DEBORAH COPE                              CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4066    SSN XXX-XX-1303
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/24/06 and confirmed on 12/22/06.

2. The case was dismissed after confirmation, 08/02/2007.

3. The Debtor paid a total of $ 3762.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED | 19451.00 | 306.31 | 1771.67 |
| CAPITAL ONE AUTO FINANCE | SECURED | 10111.00 | 159.00 | 1086.89 |
| HEIGHTS FINANCE | SECURED | 1722.19 | 11.84 | 238.19 |
| ALL AMERICAN CASH ADVANC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1440.31 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1911.36 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 567.87 | .00 | .00 |
| CERTEGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 442.53 | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 2212.16 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 525.61 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 113.90 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 27486.30 | .00 | .00 |
| KANE COUNTY STATES ATTOR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 207.78 | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| RRCA ACCOUNTS MANAGEMENT | UNSECURED | 373.66 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 59.95 | .00 | .00 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
TRS INC                      UNSECURED      NOT FILED              .00            .00
UNITED COLLECTIONS           UNSECURED      NOT FILED              .00            .00
DONNA WURST                  CHILD SUPPORT  NOT FILED              .00            .00
CAPITAL ONE AUTO FINANCE     UNSECURED         632.13              .00            .00
AMERICASH LOANS              UNSECURED         371.50              .00            .00
AMERICASH LOANS              UNSECURED         536.75              .00            .00
FEDERATED MACYS              UNSECURED        1482.21              .00            .00
ILLINOIS DEPT REVENUE        PRIORITY          568.94              .00            .00
       Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED       PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   31284.19        568.94     38364.02          .00      70217.15
PRINCIPAL PAID        3096.75           .00          .00          .00       3096.75
INTEREST PAID          477.15           .00          .00          .00        477.15
TOTAL PAID            3573.90           .00          .00          .00       3573.90
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $    500.00   direct and $       .00   through the plan.

The Trustee received $    188.10 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 13685 GARY COPE & DEBORAH COPE